**LEWIS BRISBOIS BISGAARD & SMITH LLP**
SHANE SINGH, SB# 202733
  E-Mail: Shane.Singh@lewisbrisbois.com
MANSOUR S. CHOPAN, SB# 356430
  E-Mail: Mansour.Chopan@lewisbrisbois.com
2020 West El Camino Avenue, Suite 700
Sacramento, California 95833
Telephone: 916.564.5400
Facsimile: 916.564.5444

Attorneys for Defendants BEST
WESTERN INTERNATIONAL, INC.,
CLEVELAND STRONGSVILLE
HOSPITALITY LLC, and
TWIN TIER HOSPITALITY L.L.C.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEMORY LANE, INC., | Case No. |
| Plaintiff, | **NOTICE OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT PURSUANT TO 28 §§1332,1441, AND 1446** |
| vs. | |
| BEST WESTERN INTERNATIONAL, INC., CLEVELAND STRONGSVILLE HOSPITALITY LLC, and TWIN TIER HOSPITALITY L.L.C., | [From the Superior Court of California, County of Orange, Case No. 30-2025-01490396-CU-BT-CJC] |
| Defendants. | |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendants BEST WESTERN INTERNATIONAL, INC., TWIN TIER HOSPITALITY L.L.C., and CLEVELAND STRONGSVILLE HOSPITALITY LLC, by and through their counsel, hereby remove to this Court the state court action described below on the basis of diversity of citizenship pursuant to 28 U.S.C. §§ 1332 and 1441(b), as follows:

**COMPLAINT AND TIMELINESS OF REMOVAL**

1.     On June 17, 2025, Plaintiff MEMORY LANE, INC. ("Plaintiff") filed a civil action in the Superior Court of the State of California for the County of Orange,

1

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

Case 2:25-cv-06966   Document 1   Filed 07/29/25   Page 2 of 4   Page ID #:2

entitled *Memory Lane, Inc. v. Best Western International, Inc., et al.*, Case No. 30-2025-01490396-CU-BT-CJC. See also Declaration of Defendant's attorney Shane Singh ("Singh Decl.") ¶ 2. A true and correct copy of the Summons and Complaint, and all documents served therewith, are attached to the Singh Declaration as **Exhibit A**.

2.      On June 30, 2025, Defendant BEST WESTERN INTERNATIONAL, INC. was personally served with the Summons and Complaint. See also Declaration of Defendant's attorney Shane Singh ("Singh Decl.") ¶ 3 filed concurrently herewith.

3.      On June 30, 2025, Defendant TWIN TIER HOSPITALITY L.L.C. was personally served with the Summons and Complaint. See also Declaration of Defendant Twin Tier Hospitality L.L.C.'s representative Satish Duggal ("Duggal Decl.") ¶ 4, filed concurrently herewith, attesting to the date of service and citizenship.

4.      On June 30, 2025, Defendant CLEVELAND STRONGSVILLE HOSPITALITY LLC was personally served with the Summons and Complaint. See also Declaration of Defendant's attorney Shane Singh ("Singh Decl.") ¶ 5 filed concurrently herewith, attesting to the date of service and citizenship.

5.      Thus, this Notice of Removal is within the thirty (30) day time limit for removal set forth in 28 U.S.C. § 1446(b).

## DIVERSITY JURISDICTION

6.      The basis for removal is that this Court has original jurisdiction of this action under 28 U.S.C. § 1332 and is one which may be removed to this Court by Defendants pursuant to 28 U.S.C. § 1441(a), in that it is a civil action wherein the amount in controversy exceeds the jurisdictional minimum of this Court of $75,000, exclusive of interest and costs, and is a civil action between citizens of different states such that complete diversity exists. Plaintiff is a citizen of the State of California and none of the Defendants are citizens of the State of California.

7.      Defendant BEST WESTERN INTERNATIONAL, INC. was formed under the laws of the State of Arizona and at the time of the filing of this action had its principal place of business in Phoenix, Arizona. Thus, for diversity purposes, the citizenship of

2

NOTICE OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT PURSUANT TO 28 §§1332,1441, AND 1446

BEST WESTERN INTERNATIONAL, INC. is Arizona. *McCawley v. Eckert Seamens*, 2015 WL 13344623 (C.D. Cal. Jan. 13, 2015) ["[T]he relevant citizenship of an LLC for diversity purposes is that of the members, not of the company."]. A true and correct copy of the Articles of Organization confirming Defendant BEST WESTERN INTERNATIONAL, INC.'s citizenship is attached to the Declaration of Shane Singh as **Exhibit B.**

8.    Defendant CLEVELAND STRONGSVILLE HOSPITALITY LLC was formed under the laws of the Commonwealth of Pennsylvania and at the time of the filing of this action the sole member of the LLC resided, and still resides, in the State of Ohio. Thus, for diversity purposes, the citizenship of CLEVELAND STRONGSVILLE HOSPITALITY LLC is Ohio. *Id.* A LexisNexis business profile report summarizing public records regarding Defendant CLEVELAND STRONGSVILLE HOSPITALITY LLC's formation and principal place of business is attached to the declaration of Shane Singh as **Exhibit C.**

9.    Defendant TWIN TIER HOSPITALITY L.L.C. was formed under the laws of the Commonwealth of Pennsylvania and at the time of the filing of this action the sole member of the LLC resided, and still resides, in the State of Ohio. Thus, for diversity purposes, the citizenship of TWIN TIER HOSPITALITY L.L.C. is Ohio. *Id.* A true and correct copy of the Articles of Organization confirming Defendant TWIN TIER HOSPITALITY L.L.C.'s citizenship is attached to the declaration of Satish Duggal as **Exhibit D.**

10.    Plaintiff seeks compensatory damages of no less than $2 million, restitution, punitive damages, attorneys' fees, and other relief. Thus, the amount in controversy requirement is satisfied.

## **CONSENT OF ALL DEFENDANTS**

11.    All Defendants named and served in this action consent to and join in this Notice of Removal.

/ / /

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1

## SERVICE OF NOTICE ON PLAINTIFF AND STATE COURT

2   12.   Defendants will promptly serve a copy of this Notice on Plaintiff and will

3   promptly file a copy with the Clerk of the Superior Court of California, County of

4   Orange. Upon service of this Notice on Plaintiff, Defendants will file a Notice of Proof

5   of Service with this Court.

6   13.   WHEREFORE, Defendants file this Notice of Removal of this action from

7   the aforesaid Superior Court, in which it is now pending, to the District Court of the

8   United States, Central District of California, located at 411 West Fourth Street, Santa

9   Ana, California 92701, a copy of which will be served upon Plaintiff.

10

11   DATED:  July 29, 2025          LEWIS BRISBOIS BISGAARD & SMITH LLP

12

13

14   By:   */s/ Shane Singh, Esq.*
SHANE SINGH
15   Attorneys for Defendants BEST
WESTERN INTERNATIONAL, INC.,
16   CLEVELAND STRONGSVILLE
HOSPITALITY LLC, and
17   TWIN TIER HOSPITALITY L.L.C.

18

19

20

21

22

23

24

25

26

27

28