# EXHIBIT C

4886-3554-1818.1



# 1 OF 1 RECORD(S)

FOR INFORMATIONAL PURPOSES ONLY

Copyright © 2025 LexisNexis

a division of Reed Elsevier Inc. All Rights Reserved.

Report Created: July 23, 2025 - Wednesday 5:45 PM

# Ohio Secretary of State
**This data is for informational purposes only.**

## Corporate Filing
**Business Information**

| | |
|---|---|
| **Filing Type:** | CURRENT |
| **Filing Number:** | 2225217 |
| **Name:** | CLEVELAND STRONGSVILLE HOSPITALITY LLC |
| **Name Type:** | LEGAL |
| **Standard Filing Address:** | 255 SPRING ST<br>SAYRE, PA 18840-1909 |
| **Original Filing Address:** | 255 SPRING ST<br>SAYRE, PA 18840<br>US |
| **Business Type:** | FOREIGN LIMITED LIABILITY COMPANY |
| **Status:** | ACTIVE |
| **Status Date:** | 09/21/2022 |
| **Foreign State of Incorporation:** | PENNSYLVANIA |
| **Place Incorporated:** | OHIO |
| **Foreign/Domestic:** | FOREIGN |
| **Foreign Incorporation Date:** | 08/26/2013 |
| **Manufacturer:** | NO |
| **Partnership:** | NO |
| **Date Last Seen:** | 07/14/2025 |

**Registered Agent**

| | |
|---|---|
| **Name:** | BRAND, ALAN |
| **Registered Agent Address Type:** | REGISTERED OFFICE |
| **Registered Agent Address:** | 15471 ROYALTON RD<br>CLEVELAND, OH 44136-5441 |
| **As of Date:** | 08/26/2013 |

## Stock Information
Stock

| | |
|---|---|
| **Change In Stock:** | False |
| **Voting Rights:** | NO |
| **Converted:** | False |

## Filing History

| Filing Date | Filing Type | Number | Description | Misc. |
|---|---|---|---|---|
| 09/21/2022 | FILING | Ref No.: 202226402436 | TRADE NAME/ORIGINAL FILING | |
| 09/20/2019 | FILING | Ref No.: 201926601504 | TRADE NAME/ORIGINAL FILING | |
| 08/26/2013 | | Ref No.: 201323900587 | | |
| 08/26/2013 | FILING | Ref No.: 201323900587 | FOREIGN LLC ? CERTIFICATE OF REGISTRATION | |
| 08/26/2013 | FILING | Ref No.: 201323900587 | REG. OF FOR. PROFIT LIM. LIAB. CO. | |
| 08/26/2013 | FILING | Ref No.: 201323900587 | REGISTRATION OF FOREIGN LIMITED LIABILITY COMPANY | |

## Pennsylvania Secretary of State
This data is for informational purposes only.

### Corporate Filing 1
**Business Information**

| | |
|---|---|
| **Filing Type:** | CURRENT |
| **Filing Number:** | 4199794 |
| **Name:** | CLEVELAND STRONGSVILLE HOSPITALITY LLC |
| **Name Type:** | LEGAL |
| **Standard Registered Office Address:** | 255 SPRING ST<br>SAYRE, PA 18840-1909 |
| **Original Registered Office Address:** | 255 SPRING ST<br>SAYRE, PA 18840<br>US |
| **Business Type:** | DOMESTIC LIMITED LIABILITY COMPANY |
| **Status:** | ACTIVE |
| **Place Incorporated:** | PENNSYLVANIA |
| **County Incorporated:** | BRADFORD |
| **Date Incorporated:** | 07/09/2013 |
| **Foreign/Domestic:** | DOMESTIC |
| **Terms:** | PERPETUAL |
| **Manufacturer:** | NO |
| **Partnership:** | NO |
| **Date Last Seen:** | 08/05/2024 |

### Corporate Filing 2
**Business Information**

| | |
|---|---|
| **Filing Type:** | HISTORICAL |
| **Filing Number:** | 4199794 |
| **Name:** | CLEVELAND STRONGSVILLE HOSPITALITY LLC |
| **Name Type:** | LEGAL |
| **Standard Registered Office Address:** | 255 SPRING ST |

-NO TITLE-

## Corporate Filing 2

| | |
|---|---|
| **Original Registered Office Address:** | SAYRE, PA 18840-1909<br>255 SPRING ST<br>SAYRE, PA 18840<br>US |
| **Business Type:** | LIMITED LIABILITY COMPANY |
| **Status:** | ACTIVE |
| **Place Incorporated:** | PENNSYLVANIA |
| **County Incorporated:** | BRADFORD |
| **Date Incorporated:** | 07/09/2013 |
| **Foreign/Domestic:** | DOMESTIC |
| **Terms:** | PERPETUAL |
| **Manufacturer:** | NO |
| **Partnership:** | NO |
| **Date Last Seen:** | 10/24/2022 |

**Registered Agent**

| | |
|---|---|
| **Name:** | SECRETARY OF STATE |

## Corporate Filing 3
**Business Information**

| | |
|---|---|
| **Filing Type:** | HISTORICAL |
| **Filing Number:** | 4199794 |
| **Name:** | CLEVELAND STRONGSVILLE HOSPITALITY LLC |
| **Name Type:** | LEGAL |
| **Standard Registered Office Address:** | 255 SPRING ST<br>SAYRE, PA 18840-1909 |
| **Original Registered Office Address:** | 255 SPRING ST<br>SAYRE, PA 18840<br>US |
| **Business Type:** | LIMITED LIABILITY COMPANY |
| **Status:** | ACTIVE |
| **Place Incorporated:** | PENNSYLVANIA |
| **County Incorporated:** | BRADFORD |
| **Date Incorporated:** | 07/09/2013 |
| **Foreign/Domestic:** | DOMESTIC |
| **Terms:** | PERPETUAL |
| **Manufacturer:** | NO |
| **Partnership:** | NO |
| **Purpose:** | UNKNOWN |
| **Date Last Seen:** | 08/23/2021 |

**Registered Agent**

| | |
|---|---|
| **Name:** | SECRETARY OF STATE |

## Corporate Filing 4
**Business Information**

| | |
|---|---|
| **Filing Type:** | HISTORICAL |
| **Filing Number:** | 4199794 |
| **Name:** | CLEVELAND STRONGSVILLE HOSPITALITY LLC |
| **Name Type:** | LEGAL |
| **Business Type:** | LIMITED LIABILITY COMPANY |
| **Status:** | ACTIVE |
| **Place Incorporated:** | PENNSYLVANIA |
| **County Incorporated:** | BRADFORD |
| **Date Incorporated:** | 07/09/2013 |
| **Foreign/Domestic:** | DOMESTIC |
| **Terms:** | PERPETUAL |
| **Manufacturer:** | NO |

-NO TITLE-

## Corporate Filing 4

|  |  |
|---|---|
| Partnership: | NO |
| Purpose: | UNKNOWN |
| Date Last Seen: | 05/14/2018 |

**Registered Agent**

|  |  |
|---|---|
| Name: | SECRETARY OF STATE |

## Corporate Filing 5
**Business Information**

|  |  |
|---|---|
| Filing Type: | HISTORICAL |
| Filing Number: | 4199794 |
| Name: | CLEVELAND STRONGSVILLE HOSPITALITY LLC |
| Name Type: | LEGAL |
| Business Type: | LIMITED LIABILITY COMPANY |
| Status: | ACTIVE |
| Place Incorporated: | PENNSYLVANIA |
| County Incorporated: | BRADFORD |
| Date Incorporated: | 07/09/2013 |
| Foreign/Domestic: | DOMESTIC |
| Terms: | PERPETUAL |
| Manufacturer: | NO |
| Partnership: | NO |
| Purpose: | UNKNOWN |
| Date Last Seen: | 04/16/2018 |

**Registered Agent**

|  |  |
|---|---|
| Name: | SECRETARY OF STATE |
| Registered Agent Address Type: | REGISTERED OFFICE |
| Registered Agent Address: | 255 SPRING ST |
|  | SAYRE, PA 18840-1909 |

## Historical Registered Agents

| Name | Address | Contact Info |
|---|---|---|
| SECRETARY OF STATE |  |  |
| SECRETARY OF STATE | Type: REGISTERED OFFICE<br>255 SPRING ST<br>SAYRE, PA 18840-1909 |  |

## Filing History

| Filing Date | Filing Type | Number | Description | Misc. |
|---|---|---|---|---|
| 07/11/2013 | EFFECTIVE |  | INITIAL FILING |  |
| 07/11/2013 | FILING |  | CERTIFICATE OF ORGANIZATION |  |
| 07/09/2013 | FILING |  | INITIAL FILING |  |

## Experian Business Data
This data is for informational purposes only.

**Business Information**

|  |  |
|---|---|
| Experian Company Number: | 975053842 |
| Company Name: | CLEVELAND STRONGSVILLE HOSPITALITY L |
| Address: | 255 SPRING ST |
|  | SAYRE, PA 18840-1909 |
|  | BRADFORD COUNTY |
| BusinessType: | CORPORATION |

-NO TITLE-

**Business Information**

**Business Description:** Hotels & Motels
**SIC Code:** 7011
**Date First Seen:** 09/2013
**Date Last Seen:** 06/10/2025
**Last Updated Date:** 06/11/2025
**File Establish Date:** 09/2013

**Public Records**
**Uniform Commercial Code (UCC) Filings**

**1.**
**Type:** UCC-FILED
**Document Number:** 2013091604008
**Filing Location:** SEC OF STATE PA
**Filing State:** PENNSYLVANIA
**File Number:** 2013091604
**Date Filed:** 09/13/2013

**2.**
**Type:** UCC-CONT
**Document Number:** 2018082700800
**Filing Location:** SEC OF STATE PA
**Filing State:** PENNSYLVANIA
**File Number:** 2013091604
**Date Filed:** 09/13/2013

**3.**
**Type:** UCC-FILED
**Document Number:** 2013091604008
**Filing Location:** SEC OF STATE PA
**Filing State:** PENNSYLVANIA
**File Number:** 2013091604
**Date Filed:** 09/13/2013

**4.**
**Type:** UCC-CONT
**Document Number:** 20230606127229
**Filing Location:** SEC OF STATE PA
**Filing State:** PENNSYLVANIA
**File Number:** 2013091604
**Date Filed:** 09/13/2013

**UCC Collateral Counts**
**Company has 1 Filings with 3 collateral item(s).**
**Collateral Code:** 1
**Collateral Description:** ACCTS REC
**Collateral Code:** 9
**Collateral Description:** HEREAFTER ACQUIRED PROP

**Demographics 5600**
**SIC Codes:** 7011: Hotels & Motels
**Years In Business:** 0
**Business Type:** CORPORATION

# Experian
**This data is for informational purposes only.**

-NO TITLE-

## Summary

| | |
|---|---|
| **Company Name:** | CLEVELAND STRONGSVILLE HOSPITALITY LLC |
| **Address:** | 255 SPRING ST |
| | SAYRE, PA 18840-1909 |
| | BRADFORD COUNTY |
| **Experian File Number:** | 975053842 |
| **File Established:** | 09/05/2013 |

## Business Description

| | |
|---|---|
| **Industry:** | SERVICES |
| **SIC:** | 7011 (HOTELS AND MOTELS) |
| **Years in Business (ACTUAL):** | OVER 10 YEARS |
| **Business Type:** | CORPORATION |
| **Owner Type:** | PRIVATE |
| **Location:** | SINGLE ENTITY |

## Deed Records

This data is for informational purposes only.

### Buyer Information

| | |
|---|---|
| **Original Name:** | CLEVELAND STRONGSVILLE HOSPITALITY LLC, (COMPANY/CORPORATION) |
| **Standardized Name:** | CLEVELAND STRONGSVILLE HOSPITALITY LLC |
| **Original Address:** | 255 SPRING ST |
| | SAYRE, PA 18840 |
| **Standardized Address:** | 255 SPRING ST 100 |
| | SAYRE, PA 18840-1909 |
| | BRADFORD COUNTY |

### Seller Information

| | |
|---|---|
| **Original Name:** | LODGIAN STRONGSVILLE LLC, (COMPANY/CORPORATION) |
| | LODGIAN STRONGSVILLE INC, (F/K/A) |
| **Standardized Name:** | LODGIAN STRONGSVILLE INCORPORATED |
| | LODGIAN STRONGSVILLE LLC |
| **Original Address:** | 2002 SUMMIT BLVD |
| | ATLANTA, GA |
| **Standardized Address:** | 2002 SUMMIT BLVD STE 300 |
| | BROOKHAVEN, GA 30319-6403 |
| | DEKALB COUNTY |

### Property Information

| | |
|---|---|
| **Original Property Address:** | 15471 ROYALTON RD |
| | STRONGSVILLE, OH 44136-5441 |
| | CUYAHOGA COUNTY |
| **Standardized Property Address:** | 15471 ROYALTON RD |
| | STRONGSVILLE, OH 44136-5441 |
| | CUYAHOGA COUNTY |
| **County:** | CUYAHOGA |
| **Data Source:** | B |

### Lender Information

| | |
|---|---|
| **Name:** | MORGAN STANLEY PRIVATE BANK NA |
| **Address:** | 10577 |
| **Type:** | UNKNOWN |

-NO TITLE-

**Legal Information**

|   |   |
|---|---|
| Assessor's Parcel Number: | 399-02-006 |
| Multiple APN's: | 6 |
| Recording Date: | 09/13/2013 |
| Contract Date: | 09/11/2013 |
| Document Number: | 201309131109 |
| Document Type: | SPECIAL WARRANTY DEED |
| Legal Description: | LOT NUMBER: 25; CITY/MUNI/TWNSP: STRONGSVILLE |
| Lot Size: | 10.16 AC |

**Sales Information**

|   |   |
|---|---|
| Sales Price: | $4,056,000.00 |
| Sales Price Description: | FULL AMOUNT |
| Total Transfer Tax: | $16,224.00 |

**Mortgage Information**

|   |   |
|---|---|
| Loan Amount: | $8,950,000 |
| Loan Type: | UNKNOWN |
| Title Company: | CHICAGO TITLE INSURANCE |

# Mortgage Records
This data is for informational purposes only.

**Borrower Information**

|   |   |
|---|---|
| Original Name: | CLEVELAND STRONGSVILLE HOSPITALITY LLC |
| Standardized Name: | CLEVELAND STRONGSVILLE HOSPITALITY LLC |
| Original Address: | 255 SPRING ST<br>SAYRE, PA 18840-1909 |
| Standardized Address: | 255 SPRING ST<br>SAYRE, PA 18840-1909<br>BRADFORD COUNTY |

**Property Information**

|   |   |
|---|---|
| Original Property Address: | 15471 ROYALTON RD<br>STRONGSVILLE, OH 44136-5441<br>CUYAHOGA COUNTY |
| Standardized Property Address: | 15471 ROYALTON RD<br>STRONGSVILLE, OH 44136-5441<br>CUYAHOGA COUNTY |
| County: | CUYAHOGA |
| Data Source: | B |

**Lender Information**

|   |   |
|---|---|
| Name: | MORGAN STANLEY PRIVATE BANK NA |
| Address: | 10577 |
| Type: | BANK |

**Legal Information**

|   |   |
|---|---|
| Assessor's Parcel Number: | 399-02-006 |
| Recording Date: | 03/17/2022 |
| Contract Date: | 12/15/2021 |
| Document Number: | 202203170525 |
| Legal Description: | LAND LOT: 25; CITY/MUNI/TWNSP: STRONGSVILLE |

-NO TITLE-

**Mortgage Information**
    **Mortgage Type:** NON-PURCHASE MONEY
    **Loan Amount:** $5,950,000
    **Loan Type:** BUILDING OR CONSTRUCTION
    **Title Company:** NONE AVAILABLE

# Mortgage Records
**This data is for informational purposes only.**

**Borrower Information**
    **Original Name:** CLEVELAND STRONGSVILLE HOSPITALITY LLC (COMPANY/CORPORATION)
    **Standardized Name:** CLEVELAND STRONGSVILLE HOSPITALITY LLC
    **Original Address:** 255 SPRING ST
    SAYRE, PA 18840
    **Standardized Address:** 255 SPRING ST 100
    SAYRE, PA 18840-1909
    BRADFORD COUNTY

**Property Information**
    **Original Property Address:** 15471 ROYALTON RD
    STRONGSVILLE, OH 44136-5441
    CUYAHOGA COUNTY
    **Standardized Property Address:** 15471 ROYALTON RD
    STRONGSVILLE, OH 44136-5441
    CUYAHOGA COUNTY
    **County:** CUYAHOGA
    **Data Source:** B

**Lender Information**
    **Name:** MORGAN STANLEY PRIVATE BANK NA
    **Address:** 10577
    **Type:** UNKNOWN

**Legal Information**
    **Assessor's Parcel Number:** 399-02-006
    **Recording Date:** 09/13/2013
    **Document Number:** 201309131110
    **Legal Description:** LOT NUMBER: 25; CITY/MUNI/TWNSP: STRONGSVILLE

**Mortgage Information**
    **Mortgage Type:** PURCHASE MONEY
    **Loan Amount:** $8,950,000
    **Loan Type:** UNKNOWN
    **Title Company:** CHICAGO TITLE INSURANCE

# UCC Lien Filings
**This data is for informational purposes only.**

**1:Pennsylvania UCC Record**
**Debtor Information**

-NO TITLE-

## 1:Pennsylvania UCC Record

**Name:** CLEVELAND STRONGSVILLE HOSPITALITY LLC
**Standardized Address:** 255 SPRING ST
SAYRE, PA 18840-1909
**Original Address:** 255 SPRING ST
SAYRE, PA 18840-1909

### Secured Party Information

**Name:** MORGAN STANLEY PRIVATE BANK, NATIONAL ASSOCIATION
**Standardized Address:** 2000 WESTCHESTER AVE FL 2NE
PURCHASE, NY 10577-2530
**Original Address:** 2000 WESTCHESTER AVE FL 2NE
PURCHASE, NY 10577-2530

### Filing Information

**Original Filing Number:** 2013091604008
**Original Filing Date:** 09/13/2013
**Filing Agency:** SECRETARY OF STATE/UCC DIVISION
**Filing Agency Address:** 308 NORTH OFFICE BUILDING
HARRISBURG, PA 17120

**Filing Type:** INITIAL FILING
**Filing Number:** 2013091604008
**Filing Date:** 09/13/2013
**Filing Time:** 8:00 AM
**Filing Expiration Date:** 09/13/2018
**Vendor Entry Date:** 09/26/2013

**Filing Type:** CONTINUATION
**Filing Number:** 2018082700800
**Filing Date:** 08/27/2018
**Filing Expiration Date:** 09/13/2023
**Vendor Entry Date:** 09/05/2018

**Filing Type:** CONTINUATION
**Filing Number:** 20230606127229
**Filing Date:** 06/06/2023
**Filing Expiration Date:** 09/13/2028
**Vendor Entry Date:** 02/23/2024

### Collateral

**Collateral Description:** 09/13/2013 2013091604008 - BUILDING(S) AND PROCEEDS;ACCOUNT(S) AND PROCEEDS;OIL, GAS AND MINERALS AND PROCEEDS;EQUIPMENT AND PROCEEDS;FIXTURES AND PROCEEDS;MACHINERY AND PROCEEDS;COMPUTER EQUIPMENT AND PROCEEDS;COMMUNICATIONS EQUIPMENT AND PROCEEDS;BUILDING MATERIALS AND PROCEEDS;CONTRACT RIGHTS AND PROCEEDS;CHATTEL PAPER AND PROCEEDS;ACCOUNTS RECEIVABLE AND PROCEEDS;NEGOTIABLE INSTRUMENTS AND PROCEEDS

## Business Registration Records
**This data is for informational purposes only.**

**Business Information**

| | |
|---:|:---|
| **Filing Number:** | 4199794 |
| **Company Name:** | CLEVELAND STRONGSVILLE HOSPITALITY LLC |
| **Description:** | UNKNOWN |
| **Mailing Address:** | 255 SPRING ST |
| | SAYRE, PA 18840-1909 |
| **Corporation Code:** | Secretary of State |
| **Secretary Of State Code:** | Limited Liability Company |
| **Status:** | Active |
| **Filing Date:** | 07/09/2013 |

# Workers Compensation Record
**This data is for informational purposes only.**

| | |
|---:|:---|
| **Company Name:** | CLEVELAND STRONGSVILLE HOSPITALITY |
| **Address:** | 255 SPRING ST |
| | SAYRE, PA 18840-1909 |
| **Classification:** | 8810 |

**Policy 1**

| | |
|---:|:---|
| **Policy Number:** | 1684288 |
| **Carrier Name:** | OHIO BUREAU OF WORKERS COMPENSATION |
| **Carrier Number:** | 6941 |
| **Group Name:** | OHIO BUREAU OF WORKERS COMPENSATION |
| **Group Number:** | 6941 |
| **Coverage Start Date:** | 09/11/2013 |

Key
A High Risk Indicator. These symbols may prompt you to investigate further
🚩 Moderate Risk Indicator. These symbols may prompt you to investigate further
🚩 General Information Indicator. These symbols inform you that additional information is provided
✓ The most recent telephone listing as reported by Electronic Directory Assistance

**Important:**  The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.

Your DPPA Permissible Use: Litigation
Your Secondary DPPA Permissible Use: None
Your GLBA Permissible Use: Legal Compliance

Copyright © 2025 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

**End of Document**